UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CHRISTOPHER DANIEL GAY #290581,

    Plaintiff,

v.                  No.: 3:14-cv-204-TAV-CCS

WARDEN DAVID SEXTON,

    Defendant.

## JUDGMENT ORDER

For the reasons stated in the Court's Memorandum and Order, the Court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   s/ Debra C. Poplin
   CLERK OF COURT